In the Matter of MARY SOULES.

R. C. VAN MARTER, as Commissioner of Public Welfare of the Tompkins County Public Welfare District, Appellant; DAVID C. ADIE, as State Commissioner of Social Welfare, Respondent.

Argued May 28, 1942; decided June 18, 1942.

*Charles H. Newman, County Attorney of Tompkins County,* for appellant.

*John J. Bennett, Jr., Attorney-General (Clarence M. Maloney* and *Henry Epstein* of counsel), for respondent.

*Arthur G. Adams* for Mary Soules, intervener.

*Harry Rosenberg, County Attorney of Monroe County,* for Jesse B. Hannan, Director of Welfare of Monroe County Public Welfare District, intervener.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.